| | | |
|---|---|---|
| MARK DANIEL<br>6907 Hastings Drive<br>Capitol Heights, Maryland 20743 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff, | * | FOR |
| v. | * | PRINCE GEORGE'S COUNTY |
| SAM'S WEST, INC. d/b/a SAM'S CLUB<br>702 SW 8th Street<br>Bentonville, Arkansas 72716 | * | |
| | * | Case No.: CAL18-03664 |
| Serve On Resident Agent:<br>    The Corporation Trust, Inc.<br>    2405 York Road, Suite 201<br>    Lutherville Timonium, Maryland 21093 | * | |
| and | * | |
| SAM'S EAST, INC. d/b/a SAM'S CLUB<br>702 SW 8th Street<br>Bentonville, Arkansas 72716 | * | |
| Serve On Resident Agent:<br>    The Corporation Trust, Inc.<br>    2405 York Road, Suite 201<br>    Lutherville Timonium, Maryland 21093 | * | |
| and | * | |
| SAM'S PW, INC. d/b/a SAM'S CLUB<br>702 S.W. 8th Street<br>Bentonville, Arkansas 72716 | * | |
| Serve On Resident Agent:<br>    The Corporation Trust, Inc.<br>    2405 York Road, Suite 201<br>    Lutherville Timonium, Maryland 21093 | * | |
| and | * | |
| SAM'S REAL ESTATE BUSINESS TRUST<br>1209 Orange Street<br>Wilmington, Delaware 19801 | * | |

Serve On Resident Agent:
    The Corporation Trust, Inc.       \*
    2405 York Road, Suite 201
    Lutherville Timonium, Maryland 21093  \*

and                                    \*

WAL-MART STORES, INC. d/b/a SAM'S CLUB  \*
701 South Walton Boulevard
Bentonville, Arkansas 72716         \*

Serve on Resident Agent:              \*
    The Corporation Trust, Inc.
    2405 York Road, Suite 201        \*
    Lutherville Timonium, Maryland 21093
                                       \*

and
                                    \*

WAL-MART STORES EAST, LP d/b/a SAM'S
CLUB                                    \*
702 SW 8th Street
Bentonville, Arkansas 72716         \*

Serve on Resident Agent:              \*
    The Corporation Trust, Inc.
    2405 York Road, Suite 201        \*
    Lutherville Timonium, Maryland 21093
                                       \*

and
                                    \*

WAL-MART REAL ESTATE BUSINESS TRUST
702 S.W. 8th Street                    \*
Bentonville, Arkansas 72716
                                       \*

Serve on Resident Agent:
    The Corporation Trust, Inc.       \*
    2405 York Road, Suite 201
    Lutherville Timonium, Maryland 21093  \*

and                                    \*

WAL-MART REALTY COMPANY        \*
702 SW 8th Street
Bentonville, Arkansas 72716         \*

                                       \*

                                       \*

Serve on Resident Agent:       *
  The Corporation Trust, Inc.
  2405 York Road, Suite 201     *
  Lutherville Timonium, Maryland 21093
               *

and
               *

WAL-MART ASSOCIATES, INC. d/b/a SAM'S
CLUB              *
702 SW 8th Street
Bentonville, Arkansas 72716      *

Serve on Resident Agent:       *
  The Corporation Trust, Inc.
  2405 York Road, Suite 201     *
  Lutherville Timonium, Maryland 21093
               *

and
               *

WAL-MART.COM USA, LLC d/b/a SAM'S CLUB
7000 Marina Boulevard        *
Brisbane, California 94005
               *

Serve on Resident Agent:
               *

  The Corporation Trust, Inc.
  2405 York Road, Suite 201     *
  Lutherville Timonium, Maryland 21093
               *

  Defendants.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT AND ELECTION OF JURY TRIAL

Plaintiff, Mark Daniel, by and through his attorneys, Michael C. Lind, Esquire and Law Office of Michael C. Lind, LLC, hereby files this Complaint and Election of Jury Trial against the above-captioned Defendants, for that:

1.  Plaintiff has complied with all conditions precedent prior to the filing of this lawsuit.

2.      Plaintiff, Mark Daniel, at all times relevant to this Complaint, was a resident of Prince George's County, Maryland, residing at 6907 Hastings Drive, Capitol Heights, Maryland 20743.

3.      At all times relevant to this Complaint, Defendant Sam's West, Inc. d/b/a Sam's Club ("Sam's West"), was a foreign corporation, with its principal office located at 702 SW 8th Street, Bentonville, Arkansas 72716, and was registered and authorized to transact business within the State of Maryland, including Prince George's County. Defendant Sam's West routinely and regularly transacts business in the State of Maryland, including Prince George's County.

4.      At all times relevant to this Complaint, Defendant Sam's East, Inc. d/b/a Sam's Club ("Sam's East"), was a foreign corporation, with its principal office located at 702 SW 8th Street, Bentonville, Arkansas 72716, and was registered and authorized to transact business within the State of Maryland, including Prince George's County. Defendant Sam's East routinely and regularly transacts business in the State of Maryland, including Prince George's County.

5.      At all times relevant to this Complaint, Defendant Sam's PW, Inc. d/b/a Sam's Club ("Sam's PW"), was a foreign corporation, with its principal office located at 702 SW 8th Street, Bentonville, Arkansas 72716, and was registered and authorized to transact business within the State of Maryland, including Prince George's County. Defendant Sam's PW routinely and regularly transacts business in the State of Maryland, including Prince George's County.

6.      At all times relevant to this Complaint, Defendant, Sam's Real Estate Business Trust ("Sam's Trust"), was a foreign statutory trust, with its principal office located at 1209 Orange Street, Wilmington, Delaware 19801, and was registered and authorized to transact business within the State of Maryland, including Prince George's County. Defendant Sam's Trust routinely and regularly transacts business in the State of Maryland, including Prince George's County.

7. At all times relevant to this Complaint, Defendant, Wal-Mart Stores, Inc. d/b/a Sam's Club ("Wal-Mart"), was a foreign corporation, with its principal office located at 701 South Walton Boulevard, Bentonville, Arkansas 72716, and was registered and authorized to transact business within the State of Maryland, including Prince George's County. Defendant Wal-Mart routinely and regularly transacts business in the State of Maryland, including Prince George's County.

8. At all times relevant to this Complaint, Defendant, Wal-Mart Stores East, LP d/b/a Sam's Club ("Wal-Mart East"), was a foreign limited partnership, with its principal office located at 702 SW 8th Street, Bentonville, Arkansas 72716, and was registered and authorized to transact business within the State of Maryland, including Prince George's County. Defendant Wal-Mart East routinely and regularly transacts business in the State of Maryland, including Prince George's County.

9. At all times relevant to this Complaint, Defendant, Wal-Mart Real Estate Business Trust ("Wal-Mart Trust"), was a foreign statutory trust, with its principal office located at 702 S.W. 8th Street, Bentonville, Arkansas 72716, and was registered and authorized to transact business within the State of Maryland, including Prince George's County. Defendant Wal-Mart Trust routinely and regularly transacts business in the State of Maryland, including Prince George's County.

10. At all times relevant to this Complaint, Defendant, Wal-Mart Realty Company ("Wal-Mart Realty"), was a foreign corporation, with its principal office located at 702 SW 8th Street, Bentonville, Arkansas 72716, and was registered and authorized to transact business within the State of Maryland, including Prince George's County. Defendant Wal-Mart Realty routinely and regularly transacts business in the State of Maryland, including Prince George's County.

11.     At all times relevant to this Complaint, Defendant, Wal-Mart Associates, Inc. d/b/a Sam's Club ("Wal-Mart Associates"), was a foreign corporation, with its principal office located at 702 SW 8th Street, Bentonville, Arkansas 72716, and was registered and authorized to transact business within the State of Maryland, including Prince George's County. Defendant Wal-Mart Associates routinely and regularly transacts business in the State of Maryland, including Prince George's County.

12.     At all times relevant to this Complaint, Defendant, Wal-Mart.com USA, LLC d/b/a Sam's Club ("Wal-Mart USA"), was a foreign limited liability company, with its principal office located at 7000 Marina Boulevard, Brisbane, California 94005, and was registered and authorized to transact business within the State of Maryland, including Prince George's County. Defendant Wal-Mart USA routinely and regularly transacts business in the State of Maryland, including Prince George's County.

13.     Venue is appropriate in this Court as Plaintiff is a resident of Prince George's County and Defendants Sam's West, Sam's East, Sam's PW, Sam's Trust, Wal-Mart, Wal-Mart East, Wal-Mart Trust, Wal-Mart Realty, Wal-Mart Associates and/or Wal-Mart USA routinely and regularly transact business in Prince George's County, Maryland.

14.     At all times relevant to this Complaint, Plaintiff was working within the course and scope of his employment with OnCall GTS, LLC and/or Carlos Dubrey a/k/a Carlos Dobrey, located at 10806 Southlakes Drive, Bowie, Maryland 20721 in Prince George's County, Maryland.

15.     On or about February 4, 2015, at approximately 10:20 p.m., Plaintiff was lawfully and carefully attempting to hook up his employer's tractor to a trailer which was located at the loading dock at the Sam's Club located at 2365 Crain Highway, Waldorf, Maryland 20601, in Charles County, Maryland.

16.     After hooking up his employer's tractor to the subject trailer, which was under the

management and/or control of Defendants Sam's West, Sam's East, Sam's PW, Sam's Trust, Wal-Mart, Wal-Mart East, Wal-Mart Trust, Wal-Mart Realty, Wal-Mart Associates and/or Wal-Mart USA at all times relevant to this Complaint, Plaintiff was unable to drive or move the tractor and trailer away from the loading dock.

17. Accordingly, Plaintiff then exited the tractor and walked to the rear of the trailer to determine why the tractor and trailer would not drive or move away from the loading dock.

18. While he was investigating why the tractor and trailer would not drive or move away from the loading dock, the tractor and trailer then rolled backward toward the loading dock, crushing Plaintiff between the tractor and trailer and the loading dock, causing Plaintiff to suffer severe, painful and permanent bodily injuries, as well as other damages.

19. At the time of the subject occurrence, Defendants Sam's West, Sam's East, Sam's PW, Sam's Trust, Wal-Mart, Wal-Mart East, Wal-Mart Trust, Wal-Mart Realty, Wal-Mart Associates and/or Wal-Mart USA were the owners, operators and/or property managers of the loading dock area where Plaintiff was injured at the Sam's Club located at 2365 Crain Highway, Waldorf, Maryland 20601, in Prince George's County, Maryland. As such, Defendants Sam's West, Sam's East, Sam's PW, Sam's Trust, Wal-Mart, Wal-Mart East, Wal-Mart Trust, Wal-Mart Realty, Wal-Mart Associates and/or Wal-Mart USA were responsible for the repair, maintenance and safety of the loading dock area, and owed a duty to Plaintiff, including, but not limited to, a duty to ensure the grade of the pavement in the loading dock area was safe, a duty to provide proper and sufficient lighting in the loading dock area, in order to create a safe working environment for individuals such as Plaintiff when picking up and/or dropping off trailers in the loading dock area at night and after dark and a duty to inspect, repair and/or maintain the loading dock itself and confirm it was safe for use by individuals such as Plaintiff.

20. Defendants Sam's West, Sam's East, Sam's PW, Sam's Trust, Wal-Mart, Wal-Mart

Case 8:18-cv-00709-PX   Document 2   Filed 03/09/18   Page 8 of 10

East, Wal-Mart Trust, Wal-Mart Realty, Wal-Mart Associates and/or Wal-Mart USA breached their duties to Plaintiff by failing to properly inspect, repair and/or maintain their property, specifically the loading dock area, including, but not limited to, the grade of the pavement in the loading dock area, the lighting in the loading dock area and the loading dock itself.

21. Defendants Sam's West, Sam's East, Sam's PW, Sam's Trust, Wal-Mart, Wal-Mart East, Wal-Mart Trust, Wal-Mart Realty, Wal-Mart Associates and/or Wal-Mart USA knew, or should have known prior to the occurrence, through reasonable inspections of their property, of the presence of safety hazards in the loading dock area, which directly and proximately caused Plaintiff's serious and permanent personal injuries and other damages, all of which were foreseeable.

22. Defendants Sam's West, Sam's East, Sam's PW, Sam's Trust, Wal-Mart, Wal-Mart East, Wal-Mart Trust, Wal-Mart Realty, Wal-Mart Associates and/or Wal-Mart USA, as the owners, operators and/or managers of the aforementioned loading dock area, had a duty to keep their property safe for use by individuals such as Plaintiff at night and after dark.

23. Defendants Sam's West, Sam's East, Sam's PW, Sam's Trust, Wal-Mart, Wal-Mart East, Wal-Mart Trust, Wal-Mart Realty, Wal-Mart Associates and/or Wal-Mart USA were jointly and severally negligent in that they failed to exercise reasonable care in caring for their property, including, but not limited to, the loading dock area, as alleged above.

24. Defendants Sam's West, Sam's East, Sam's PW, Sam's Trust, Wal-Mart, Wal-Mart East, Wal-Mart Trust, Wal-Mart Realty, Wal-Mart Associates and/or Wal-Mart USA, by and through the actions, inactions, errors and/or omissions of their employees, agents and/or servants, were jointly and severally negligent in that they failed to provide proper and sufficient lighting in the loading dock area, failed to warn Plaintiff of the unreasonably dangerous conditions in their loading dock area at the time of the subject occurrence, failed to conduct regular and reasonable

inspections of their loading dock in order to keep it safe for use by individuals such as Plaintiff, failed to identify and correct the presence of safety hazards in the loading dock area, such as the pavement grade, lighting and loading dock hazards within a reasonable period of time, and were otherwise jointly and severally negligent and careless in the ownership, operation, maintenance and/or management of their property, specifically the loading dock area.

25. As a direct and proximate result of the joint and several negligence of Defendants Sam's West, Sam's East, Sam's PW, Sam's Trust, Wal-Mart, Wal-Mart East, Wal-Mart Trust, Wal-Mart Realty, Wal-Mart Associates and/or Wal-Mart USA alleged above, by and through the actions, inactions, errors and/or omissions of their employees, agents and/or servants, Plaintiff was caused to suffer severe, painful and permanent bodily injuries, emotional distress, loss of time and wages from his employment, loss of time and enjoyment of his educational studies, loss of enjoyment of life, was caused to incur the cost of obtaining past medical treatment for the care of his injuries, will incur the cost of obtaining future medical treatment for the care of his injuries, and Plaintiff was otherwise injured and damaged.

26. Plaintiff was not contributorily negligent.

WHEREFORE, Plaintiff, Mark Daniel, demands judgment against Defendants Sam's West, Inc. d/b/a Sam's Club, Sam's East, Inc. d/b/a Sam's Club, Sam's PW, Inc. d/b/a Sam's Club, Sam's Real Estate Business Trust, Wal-Mart Stores, Inc. d/b/a Sam's Club, Wal-Mart Stores East, LP d/b/a Sam's Club, Wal-Mart Real Estate Business Trust, Wal-Mart Realty Company, Wal-Mart Associates, Inc. d/b/a Sam's Club and Wal-Mart.com USA, LLC d/b/a Sam's Club, jointly and severally, for compensatory damages in an amount that exceeds Seventy-Five Thousand Dollars ($75,000.00), plus the costs of this action and post-judgment interest at the legal rate.

Respectfully submitted,

_____
Michael C. Lind, Esquire
Law Office of Michael C. Lind, LLC
7 Central Avenue
Glen Burnie, Maryland 21061
Phone: 410-343-7707
Fax: 855-511-6533
Mike@LindLawOffice.com
*Attorneys for Plaintiff, Mark Daniel*