IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| MARK DANIEL | *  * |
| Plaintiff, | *  **Case No.: CAL18-03664**  * |
| v. | *  * |
| SAM'S WEST, INC.<br>d/b/a SAM'S CLUB, *et al.* | *  *  * |
| Defendants. | * |

### ANSWER

COME NOW the Defendants, Sam's East, Inc., Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP [improperly named as Sam's West, Sam's PW, Inc., Sam's Real Estate Business Trust, Wal-Mart Real Estate Business Trust, Wal-Mart Realty Company, Wal-Mart Associates, Inc. and Wal-Mart.Com USA, LLC], by and through their attorneys, Christopher R. Dunn and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and in Answer to the Complaint filed herein states as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The cause of action asserted by the Plaintiff did not accrue within the applicable statute of limitations.

### THIRD DEFENSE

The Defendants affirmatively assert that the injuries allegedly sustained by the Plaintiff were caused by the sole, concurring, and/or contributory negligence of the Plaintiff.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## FOURTH DEFENSE

The Defendants affirmatively assert that the Plaintiff assumed the risk of his injuries.

## FIFTH DEFENSE

The Complaint fails to join a party in whose absence complete relief cannot be accorded among those already partied.

## SIXTH DEFENSE

Assuming negligence or other wrongdoing on the part of these Defendants, which these Defendants expressly deny, it was not the proximate cause of the Plaintiff's alleged injuries, but the Plaintiff's alleged injuries were a result of superseding and/or intervening causes.

## SEVENTH DEFENSE

Assuming negligence or other wrongdoing on the part of these Defendants, which these Defendants expressly deny, it was not the proximate cause of the Plaintiff's alleged injuries, but the Plaintiff's alleged injuries were a result of prior and/or subsequent conditions or occurrences for which these Defendants are not responsible.

## EIGHTH DEFENSE

The Defendants affirmatively assert that the Plaintiff's claims are barred by the doctrines of accord and satisfaction, estoppel, release, and/or *res judicata*.

## NINTH DEFENSE

The Defendants deny any and all allegations of negligence or other wrongdoing as alleged in the Complaint filed herein and will demand strict proof of all allegations in that regard.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

## TENTH DEFENSE

The Defendants reserve the right to raise additional defenses based upon facts which may be revealed through discovery.

WHEREFORE, the Complaint having been fully answered, the Defendants, Sam's East, Inc., Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP, respectfully pray that the Complaint be dismissed, with costs adjudged against the Plaintiff, or for such other relief as this Honorable Court may deem just and proper.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

_/s/ Christopher R. Dunn_
Christopher R. Dunn, #DU3678
Counsel for Defendants
17251 Melford Boulevard, Suite 200
Bowie, Maryland 20715
(301) 352-4950
Fax - (301)352-8691
Cdunn@decarodoran.com

## JURY REQUEST

The Defendants hereby request trial by jury on all issues raised herein.

_/s/ Christopher R. Dunn_
Christopher R. Dunn
Counsel for Defendants

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2018, a copy of the foregoing Answer was forwarded, postage prepaid, via First Class mail, to:

Michael C. Lind
Law Office of Michael C. Lind, LLC
7 Central Avenue
Glen Burnie, Maryland 21061
Counsel for Plaintiff

_____
Christopher R. Dunn
Counsel for Defendants

I:\Common\WP\L1\CRD\Daniel, Mark v. Sam's Club, et al\Pleadings\Answer.wpd

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4