IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARK DANIEL | * | |
| | * | |
| Plaintiff, | * | **Case No.: 8:18-cv-00709-PX** |
| | * | |
| vs. | * | |
| | * | |
| SAM'S WEST, INC. | * | |
| d/b/a SAM'S CLUB, *et al*. | * | |
| | * | |
| Defendants. | * | |

## INITIAL JOINT STATUS REPORT PURSUANT TO THE COURT'S REQUEST

COME NOW the Plaintiff, Mark Daniel, by and through his attorney, Michael C. Lind, Esquire and Law Office of Michael C. Lind, LLC, and the Defendants, Sam's East, Inc., Wal-Mart Stores, Inc. and Wal-Mart Stores East, LP, by and through their attorneys, Christopher R. Dunn and DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and pursuant to this Court's Scheduling Order states as follows:

1. The parties respectfully request that the Scheduling Order deadlines be modified as follows:

| **Event** | **Current** | **Modified** |
|---|---|---|
| • Plaintiff's Rule 26(a)(2) disclosures: | 06/12/18 | 08/11/18 |
| • Defendant's Rule 26(a)(2) disclosures: | 07/12/18 | 09/10/18 |
| • Plaintiff's rebuttal Rule 26(a)(2) disclosures: | 07/26/18 | 09/24/18 |
| • Rule 26(e)(2) supplementation of disclosures: | 08/02/18 | 10/01/18 |
| • Discovery deadline; submission of status report: | 08/27/18 | 10/26/18 |
| • Requests for admission: | 09/04/18 | 11/03/18 |
| • Dispositive pretrial motions deadline: | 09/25/18 | 11/24/18 |

2. There is no unanimous consent to proceed before a United States Magistrate Judge. The Defendant consents, and the Plaintiff does not at this time.

3. All parties consent to participate in mediation with a Magistrate Judge after discovery is completed.

4. The parties anticipate they will exchange written discovery requests and responses and conduct depositions of factual and expert witnesses.  Defendant reserves the right to have the Plaintiff submit to an independent medical examination.  The parties do not anticipate exceeding twenty-five (25) hour for depositions.

Respectfully submitted,

| | |
|---|---|
| /s/Michael C. Lind | /s/Christopher R. Dunn |
| Michael C. Lind, Esquire | Christopher R. Dunn, #05278 |
| (Signed by Christopher R. Dunn with permission of Counsel) | DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP |
| Law Office of Michael C. Lind, LLC | 17251 Melford Boulevard, Suite 200 |
| 7 Central Avenue | Bowie, Maryland 20715 |
| Glen Burnie, Maryland 21061 | (301)352-4950 |
| (410)343-7384 | Fax - (301)352-8691 |
| Mike@lindlawoffice.com | Cdunn@decarodoran.com |
| Counsel for Plaintiff | Counsel for Defendants |

Date:   April 25, 2018

I:\Common\WP\L1\CRD\Daniel, Mark v. Sam's Club, et al\Pleadings\Initial Joint Status Report.wpd